IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 16-CR-3308 JB |
| | ) | |
| GASPAR LEAL, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT GASPER LEAL'S WITNESS & EXHIBIT LIST

Defendant Gasper Leal, by and through his counsel of record, Jason Bowles of Bowles Law Firm, hereby submits his list of witnesses and exhibits he may call and/or use at trial.

**WITNESSES:**

1. Louis Leal
   Telephone: (312) 536-0666

Mr. Leal reserves the right to call any Government witness and rebuttal witnesses but has not identified any case in chief witnesses at this time or additional exhibits.

Respectfully submitted,

/s/ Jason Bowles
Jason Bowles
P.O. Box 25186
Albuquerque, N.M. 87125-5186
(505) 217-2680

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 9th day of January, 2018 to:

Samuel Hurtado
Assistant United States Attorney

<u>/s/ Jason Bowles</u>
Jason Bowles
Bowles Law Firm