IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 16-CR-3308 JB |
| | ) | |
| GASPAR LEAL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Appellant, Gaspar Leal, by and through his counsel of record, Jason Bowles of Bowles Law Firm, hereby files his notice of appeal to the Tenth Circuit Court of Appeals, appealing the memorandum, opinion and order [Doc. 132] entered on May 29, 2018 by the Honorable James O. Browning, denying defendants motion to dismiss count 1 [Doc. 119]

Respectfully submitted,

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm
P.O. Box 25186
Albuquerque, N.M. 87125-5186
(505) 217-2680

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 3rd day of June, 2018 to:

Mr. Samuel Hurtado
Assistant United States Attorney


<u>/s/ Jason Bowles</u>
Jason Bowles
Bowles Law Firm